ERIE RAILROAD COMPANY, Appellant; v. Horace MIZELL, as Receiver of the Citizens National Bank & Trust Company of Hornell, New York, Respondent.

No. 73.

Circuit Court of Appeals, Second Circuit.

Nov. 30, 1936.

John W. Hollis, of Hornell, N. Y., for appellant.

Harry L. Allen, of Hornell, N. Y. (Harold G. Hutchens, of Rochester, N. Y., of counsel), for respondent.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Judgment (9 F.Supp. 143) affirmed.

In the Matter of ENGLANDER SPRING BED CO., Inc., Debtor-Appellee; Anna P. Zalkin, Celia Fitzgerald, and Margaret H. Felter, Appellants.

No. 184.

Circuit Court of Appeals, Second Circuit.

Oct. 22, 1936.

Zalkin & Cohen, of New York City (Harry Zalkin and Israel Akselrod, both of New York City, of counsel), for creditors-appellants.

Lewis, Marks & Kanter, of Brooklyn, N. Y. (Lloyd B. Kanter, of Brooklyn, N. Y., of counsel), for debtor.

Edwin M. Slote, of New York City, for Creditors' Committee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order (17 F.Supp. 15), affirmed.

FALLS CITY BREWING COMPANY, Formerly Falls City Ice & Beverage Company, Appellant, v. UNITED STATES of America, Appellee.

No. 7294.

Circuit Court of Appeals, Sixth Circuit.

Nov. 7, 1936.

Milliken & Handmaker, of Louisville, Ky., for appellant.

Bunk Gardner, U. S. Atty., of Louisville, Ky.

For opinion below, see 12 F.Supp. 6.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.
Whereas the United States of America has recognized the claim of the appellant herein, upon which this proceeding is based, and refund has been made to the said appellant for the claim embodied herein, together with interest thereon, and the parties hereto, by counsel, agreeing that the above-styled appeal may be dismissed at appellant's costs, and the court being sufficiently advised, it is hereby ordered that this appeal be, and the same is hereby, dismissed settled at appellant's costs.